ANNEX B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XINKANG SHUI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XCERRA CORPORATION, ROGER W. BLETHEN, DAVID G. TACELLI, MARK S. AIN, ROGER J. MAGGS, JORGE TITINGER, and BRUCE R. WRIGHT,<br><br>Defendants. | Civil Action No. 1:18-cv-11529-ADB |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Xinkang Shui ("Plaintiff") in the captioned action (the "Action") hereby voluntarily dismisses the Action WITH PREJUDICE with respect to Plaintiff's individual claims, and WITHOUT PREJUDICE with respect to the claims asserted on behalf of a purported class. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing.

Dated: September 6, 2018                          **MATORIN LAW OFFICE, LLC**

                                                  By:  /s/ Mitchell J. Matorin
                                                  Mitchell J. Matorin (BBO# 649304)
                                                  18 Grove Street, Suite 5
                                                  Wellesley, MA 02482
                                                  (781) 453-0100
                                                  mmatorin@matorinlaw.com

                                                  *Attorney for Xinkang Shui*

**OF COUNSEL:**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverede
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341

*Attorneys for Xinkang Shui*